May 1, 1981.

435 A.2d 238

Brogan Inc., Appellant v. Holmes Electric Protective Co.

Argued December 5, 1979. David R. Strawbridge, for appellant; Hugh O'Neill, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Orders and judgment affirmed.

---

435 A.2d 238

Caiazza etc. v. Bell, Appellant.

Argued November 12, 1980. J. Lauson Cashdollar, for appellant; Carmen F. Lamancusa, for appellee.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Order affirmed.